UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

IN THE MATTER OF
GEORGE MEYER

    CASE NO.: 8:10-cv-511-T-23TBM

    Petitioner.
_____/

## **ORDER**

The petitioner moves (Doc. 3) for "order for deposit, appraisal, and monition and for injunction" in accord with Supplemental Rule F, Federal Rules of Civil Procedure. Pursuant to 46 U.S.C. § 30511, the petitioner seeks exoneration from or limitation of liability for any claim arising from a May 9, 2009, explosion that occurred aboard the petitioner's vessel. The petitioner asserts that the vessel "at the conclusion of the voyage . . . was a constructive total loss valued at no more than [o]ne [t]housand [f]ive [h]undred dollars . . . ." (Doc. 2)

The petitioner's motion (Doc. 3) is **GRANTED**. The petitioner is directed to deposit as security $1,500.00 with the Clerk no later than **April 5, 2010**. Any claimant may move, under Supplemental Rule F(7), for an increase in the amount of security. Pursuant to Supplemental Rule F(4), the Clerk is directed to issue a notice directing all persons asserting a claim arising from the May 9, 2009, explosion (for which the petitioner seeks limitation of liability) and all persons opposing the petitioner's right to limitation of liability to file and serve the claim or opposition with the Clerk on or before **May 26, 2010**. The petitioner shall publish the notice issued by the Clerk in the Tampa

Tribune and the St. Peterburg Times once each week for four consecutive weeks beginning on or before **April 5, 2010**.  Further, pursuant to Supplemental Rule F(4), on or before **April 12, 2010**, the petitioner shall mail the notice issued by the Clerk to any person known to have made a claim against the petitioner or the vessel stemming from the incident for which the petitioner seeks limitation of liability.

Any other proceeding against the petitioner or the vessel and stemming from the May 9, 2009, incident is **RESTRAINED**, and any ongoing proceeding is **STAYED** pending resolution of this proceeding.  The petitioner shall serve this order on any existing or prospective claimant.

ORDERED in Tampa, Florida, on March 29, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE